

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-15-00166-CR**

**JAMES KODY BLAIR,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 40th District Court**
**Ellis County, Texas**
**Trial Court No. 35870CR**

**MEMORANDUM OPINION**

James Kody Blair filed a motion to dismiss his appeal. The motion has been signed by Blair and his counsel. *See* TEX.R.APP.P. 42.2(a). Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
 Justice Davis, and
 Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed September 24, 2015
[CR25]

